# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **YUNAKA BROWN,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 2:22-cv-323-RAH-SRW |
| **SMART Alabama, LLC,** | ) |
| **Defendant.** | ) |

## CORPORATE DISCLOSURE STATEMENT OF
## SMART ALABAMA, LLC

COMES NOW SMART Alabama, LLC ("SMART") and pursuant to Fed. R. Civ. P. 7.1, files its Corporate Disclosure Statement, as follows:

SMART has no parent corporation that is publicly traded and no publicly held corporation owns more than 10% of its stock.

Respectfully submitted,

/s/ *Kathryn M. Willis*
Kathryn M. Willis
Ingu Hwang

Attorneys for Defendant
SMART ALABAMA, LLC.

48225307 v1

OF COUNSEL:

Kathryn M. Willis
BURR & FORMAN LLP
11 North Water Street, Suite 22200
Mobile, AL 36602
Telephone (251) 344-5151
Facsimile (251) 344-5656
Email: kwillis@burr.com

Ingu Hwang
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
Email: ihwang@burr.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 7th day of July, 2022:

    Eric C. Sheffer, Esq.
    Wiggins, Childs, Pantazis,
    Fisher & Goldfarb, LLC
    The Kress Building
    301 19th Street North
    Birmingham, Alabama 35203

    /s/ Kathryn M. Willis
    OF COUNSEL